UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>     Plaintiff,<br><br>     v.<br><br>S. SWEIS, et al.,<br><br>     Defendants. | No.  2:15-cv-0602 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a).  ECF No. 5.

By order filed May 8, 2015, plaintiff was ordered to file an in forma pauperis affidavit within thirty days and was cautioned that failure to do so would result in a recommendation that this action be dismissed.  ECF No. 6.  Plaintiff then filed a motion in which he stated that he had money to pay the filing fee, but needed an extension of time, up to July 22, 2015, to pay the filing fee.  ECF No. 7.  The motion was granted and plaintiff was given until July 22, 2015, to pay the filing fee or submit an application to proceed in forma pauperis.  ECF No. 8.  July 22, 2015, has now passed and plaintiff has not responded to the court's order and has not filed an in forma pauperis affidavit or paid the appropriate filing fee.

///

1

1  Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order,
2 plaintiff shall file an in forma pauperis affidavit or pay the appropriate filing fee. Failure to
3 comply with this order will result in dismissal of this case.
4 DATED: August 5, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2