UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:15-cv-0602 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| S. SWEIS, et al., | |
| Defendants. | |

Defendants have filed a request to relieve the court reporter from being physically present with plaintiff during plaintiff's deposition, currently scheduled for August 24, 2018. ECF No. 52. Although the court reporter was initially scheduled to be in the same room as plaintiff during the deposition, the court reporting agency contacted counsel on August 20, 2018, to advise that they could no longer send a court reporter to record the deposition in plaintiff's physical presence because of his violent history. Id. at 3. Due to the difficulties in finding a court reporting agency willing to send a court reporter to record plaintiff's deposition in person, defendants request that the court reporter be permitted to be present with defense counsel and record the deposition via videoconference. Id. at 4. Additional arrangements have been made to have the deposition video recorded at the institution where plaintiff is housed, plaintiff will have an opportunity to review the transcript for accuracy, and plaintiff advised counsel that he did not object to the court reporter recording his testimony via videoconference. Id.

1

Good cause appearing, IT IS HEREBY ORDERED that defendants' request to relieve the court reporter from the physical presence requirement (ECF No. 52) is granted. The court reporter shall be permitted to record plaintiff's deposition via videoconference.

DATED: August 23, 2018

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE