UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | No. 2:15-cv-0602 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| S. SWEIS, et al., | |
| Defendants. | |

Defendants have filed a motion to modify the scheduling order in which they seek to extend the discovery deadline to January 15, 2019, for the limited purpose of resolving their currently pending motion to compel. ECF No. 55. Good cause appearing, the motion will be granted. The court will also vacate the January 25, 2019 dispositive motion deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 55) is granted and the discovery deadline is extended to January 15, 2019, for the limited purpose of resolving defendants' currently pending motion to compel.

2. The January 25, 2019 dispositive motion deadline is vacated and will be re-set, as necessary, upon resolution of the outstanding discovery disputes.

DATED: November 5, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE